UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HENRY DIXON, | No. 2:13-cv-1409 AC P |
| Petition, | |
| v. | ORDER |
| RICK HILL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a purported application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to the jurisdiction of the undersigned. ECF No. 3. Petitioner has neither paid the required filing fee nor filed an in forma pauperis affidavit. See 28 U.S.C. §§ 1914(a), 1915(a). However, because the petition must be summarily dismissed, the court will not require petitioner to provide the affidavit or filing fee.

The putative petition expressly challenges petitioner's "living conditions." Petition at 2. A complaint about the conditions of confinement falls squarely within the province of a civil rights action and not habeas corpus.

> Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. 2254, and a complaint under the Civil Rights Act of 1871, Rev. Stat. 1979, as amended, 42 U.S.C. 1983. Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475, 500, 93 S.Ct. 1827 [] (1973); requests for relief turning on circumstances of

confinement may be presented in a § 1983 action. Muhammad v. Close, 540 U.S.749, 750 (2004) (per curiam).

In the purported petition, petitioner makes claims of inadequate medical care by unnamed doctors at Folsom State Prison in the treatment of the Valley Fever condition that he states he contracted while housed at Pleasant Valley State Prison.  See Petition at 3.  Because petitioner has not proceeded by way of the appropriate vehicle to obtain relief for his allegations, this petition will be summarily dismissed.  If petitioner elects to proceed on his claims, he may file a new action in the complaint pursuant to 42 U.S.C. § 1983.

In accordance with the above, IT IS HEREBY ORDERED that the petition is summarily dismissed and this case is closed.

DATED: August 19, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
dixo1409.dsm

2